IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Aguilar, Gerardo                           Case Number:  08 B 11254
        Aguilar, Maria                             Judge:  Hollis, Pamela S
        Printed:  8/12/08                          Filed:  5/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: June 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Home Loan Services | Secured | 0.00 | 0.00 |
| 2. Home Loan Services | Secured | 13,835.43 | 0.00 |
| 3. Resurgent Capital Services | Unsecured | 527.87 | 0.00 |
| 4. Chase Bank USA NA | Unsecured | 1,424.20 | 0.00 |
| 5. Discover Financial Services | Unsecured | 3,011.22 | 0.00 |
| 6. Resurgent Capital Services | Unsecured | 2,175.02 | 0.00 |
| 7. HSBCBank Nevada, NA | Unsecured |  | No Claim Filed |
|  |  | $ 20,973.74 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

